DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RONA RAMNARINE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2653

_____

July 3, 2024

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Manatee County; Charles Sniffen, Judge.

Mark H. Klein of MHK Legal, PLLC, Coral Springs, for Appellant.

Ashley Moody, Attorney General, Tallahassee; and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and LaROSE and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.